1547-14

# ELECTRONIC RECORD

COA # 01-09-00437-CR    OFFENSE: 29.02 (Robbery)

STYLE: Gerald Hayes v. The State of Texas   COUNTY: Harris

COA DISPOSITION:     AFFIRM     TRIAL COURT: 351st District Court

DATE: 10/23/2014        Publish: NO   TC CASE #:    1198372

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Gerald Hayes v. The State of Texas    CCA #: 1547-14

_____PRO SE_____ Petition    CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:   DATE: _____

_____REFUSED_____   JUDGE: _____

DATE: 05/20/2015    SIGNED: _____    PC: _____

JUDGE: Per Curiam    PUBLISH: _____    DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**